UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FARIBORZ SHOJAI** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. _____ |
| § | |
| **GEOVERA SPECIALTY INSURANCE** § | JURY DEMAND |
| **COMPANY,** § | |
| § | |
| *Defendant.* § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant GeoVera Specialty Insurance Company ("GeoVera") and pursuant to 28 U.S.C §§ 1332, 1441 and 1446, files this Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division on the basis of diversity of citizenship and amount in controversy, and respectfully shows the Court the following:

## I.
## FACTUAL BACKGROUND

1. On or about September 8, 2023, Plaintiff filed his Original Petition in a case styled *Fariborz Shojai v. GeoVera Specialty Insurance Company*, Cause No. 2023-61083, pending in the 215th Judicial District Court for Harris County, Texas.

2. GeoVera was served on September 12, 2023.

3. GeoVera files this notice of removal within 30 days of receiving service of Plaintiff's pleading. *See* 28 U.S.C. § 1446(b). This Notice of Removal is being filed within one year of the commencement of this action. *Id*.

4. All pleadings, process, orders, and other filings in the state court action are attached

to this Notices as required by 28 U.S.C. § 1446(a). As required by 28 U.S.C. § 1446(a), and Rule 81 of the Local Rules for the United States District Court of the Southern District of Texas, being filed simultaneously with the filing of this Notice of Removal:

**Exhibit A:** The State Court's Docket Sheet;

**Exhibit B:** Plaintiff's Original Petition;

**Exhibit C:** Citation for Defendant GeoVera Specialty Insurance Company;

**Exhibit D:** Proof of Service;

**Exhibit E:** Defendant's Original Answer; and

**Exhibit F:** List of Parties and Counsel

## II.
## BASIS FOR REMOVAL

5. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

**A.   Plaintiff and Defendant Are Diverse**

6. Plaintiff is and was an individual domiciled in and a resident of the state of Texas. *See* Ex. B, Pl.'s Original Pet., ¶ 2.

7. GeoVera Specialty Insurance Company is and was a Delaware incorporated insurance company, with its principal place of business located in California. GeoVera is authorized to transact business and has transacted business in Texas. GeoVera is therefore not a citizen of the State of Texas for diversity purposes, and there is complete diversity of citizenship between Plaintiff and GeoVera.

**B.   The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction**

8. Based upon the allegations in his Petition, Plaintiff seeks monetary relief for loss and damages to his property resulting from a storm on or around September 15, 2021.

**DEFENDANT'S NOTICE OF REMOVAL – Page 2**

9. In determining the amount in controversy, the court may consider "policy limits... penalties, statutory damages, and punitive damages." *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998); s*ee Ray v. State Farm Lloyds*, No. 3:98-CV-1288-G, 1999 WL 151667, at * 2-3 (N.D. Tex. Mar. 10, 1999) (finding a sufficient amount in controversy in Plaintiff's case against his insurance company for breach of contract, anticipatory breach of contract, fraud, negligence, gross negligence, bad faith, violations of the Texas Prompt Payment of Claims Act, violations of the Texas Insurance Code, strict liability with No Good Faith exception, Unfair Insurance Practices, violations of the Texas Deceptive Trade Practices Act, and mental anguish); *Fairmont Travel, Inc. v. George S. May Int'l Co.,* 75 F.Supp.2d 666, 668 (S.D. Tex. 1999) (considering DTPA claims and the potential for recovery of punitive damages for the amount in controversy determination); *Chittick v. Farmers Ins. Exch.*, 844 F. Supp. 1153, 1155 (S.D. Tex. 1994) (finding a sufficient amount in controversy after considering the nature of the claims, the types of damages sought and the presumed net worth of the defendant in a claim brought by the insureds against their insurance company for actual and punitive damages arising from a claim they made for roof damages).

10. This is a civil action in which the claim for relief, Paragraph 7 of Plaintiff's Original Petition, indicates Plaintiff is seeking "only monetary relief of $250,000 or less." Plaintiff alleges that GeoVera is liable under a homeowners insurance policy because Plaintiff made a claim under that policy and GeoVera wrongfully adjusted and did not pay Plaintiff's claim. The allegations in Plaintiff's Petition indicate Plaintiff is seeking damages for purported breach of contract, Texas Insurance Code violations, Texas Deceptive Trade Practices Act violations, and statutory penalty interest, punitive damages, and attorney's fees. Though GeoVera denies that Plaintiff is entitled to

the damages sought in his petition, the Petition demonstrates that the amount in controversy in this case exceeds the jurisdictional requirements for federal diversity jurisdiction.

11. GeoVera has shown by the preponderance of the evidence that Plaintiff's amount in controversy likely exceeded the minimal jurisdictional threshold at the time of removal.

## III.
## THIS REMOVAL IS PROCEDURALLY CORRECT

12. GeoVera received service of this lawsuit on September 12, 2023. Thus, GeoVera is filing this Notice within the 30-day time period required by 28 U.S.C. § 1446(b).

13. Venue is proper in this District and Division under 28 U.S.C. §1446(a) because i) this District and Division include the county in which the state action has been pending, and ii) a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

14. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

15. Promptly after GeoVera files this Notice of Removal, written notice of the filing will be given to Plaintiff pursuant to 28 U.S.C. §1446(d).

16. Promptly after GeoVera files this Notice of Removal, a true and correct copy of same will be filed with the County Clerk of Harris County pursuant to 28 U.S.C. §1446(d).

## IV.
## CONCLUSION

17. Based upon the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Defendant GeoVera Specialty Insurance Company hereby removes this case to this Court for trial and determination.

**DEFENDANT'S NOTICE OF REMOVAL** – Page 4

Respectfully submitted,

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
Southern District Bar No. 17055
State Bar No. 24029862
Jessica K. Longoria
State Bar No. 24115495
Southern District Bar No. 3811277

**THOMPSON COE COUSINS & IRONS, LLP**
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8273
Telecopy: (214) 871-8209
E-Mail: rthompson@thompsoncoe.com
E-Mail: jlongoria@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT GEOVERA SPECIALY INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, a true and correct copy of the foregoing document was electronically served on Plaintiff's counsel in accordance with the Federal Rules of Civil Procedure:

Eric B. Dick, L.L.M.
DICK LAW FIRM, PLLC
3701 Brookwoods Drive
Houston, Texas 77092
(832) 207-2007
Eric@dicklawfirm.com

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson