UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FARIBORZ SHOJAI,** | § | |
| | § | |
| *Plaintiff*, | § | **CIVIL ACTION NO. 4:23-CV-03827** |
| | § | |
| v. | § | **JURY** |
| | § | |
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | § | |
| | § | |
| *Defendant*. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant GeoVera Specialty Insurance Company hereby notifies the Court that the parties have reached an agreement to resolve this matter and are finalizing the settlement. The parties shall file a joint stipulation of dismissal with prejudice upon execution of the settlement documents, which will dispose of this case in its entirety.

Respectfully submitted,

By: */s/ Rhonda J. Thompson*
**Rhonda J. Thompson**
State Bar No. 24029862
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com

and

OF COUNSEL:
**Susan Sparks Usery**
State Bar No. 18880100
THOMPSON, COE, COUSINS & IRONS, L.L.P.
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
Email: susery@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
**GEOVERA SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 23rd day of July, 2024, a true and correct copy of the foregoing instrument was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure, and any applicable Local Rules, as follows:

Eric Dick
Joe Synoradzki
DICK LAW FIRM, PLLC
3701 Brookwoods Drive
Houston, TX 77092
eric@dicklawfirm.com
joe@dicklawfirm.com
*Attorneys for Plaintiff*

                                    */s/ Rhonda J. Thompson*
                                    Rhonda J. Thompson

**NOTICE OF SETTLEMENT** – Page 2