Case 4:23-cv-03827   Document 22   Filed on 09/16/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FARIBORZ SHOJAI,** | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-03827 |
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | § § § | JURY |
| *Defendant.* | § § | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fariborz Shojai and Defendant GeoVera Specialty Insurance Company filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby ORDERED that all claims asserted by Plaintiff against Defendant in the above-captioned lawsuit are hereby DISMISSED WITH PREJUDICE to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

THIS IS A FINAL JUDGMENT.

Signed September 16, 2024.



JUDGE PRESIDING